UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

In re:                                                        Bankr. Case No. 17-30031-HCM-7

SIVI M. CONTRERAS                                 Chapter 7

      Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Americredit Financial Services, Inc. dba GM Financial
                PO Box 183853
                Arlington, TX 76096

By /s/ Mandy Youngblood

                Mandy Youngblood
                PO Box 183853
                Arlington, TX 76096
                877-203-5538
                877-259-6417
                Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on January 16, 2017 :

MICHAEL R NEVAREZ
P.O. Box 12247
El Paso, TX 79913

Ronald E Ingalls
PO Box 2867
Fredericksburg, TX 78624

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx79656 / 916765